Andrew M. Lehmann, Esq. (IN #31151-06)
   *(admitted Pro Hac Vice)*
Andrew S. Meyers, Esq. (IN #31427-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
            ameyers@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VIRGIE B. SCHNEIDER and RICHARD L. SCHNEIDER<br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VILLAS AT VILLAGIO; IQ DATA INTERNATIONAL, INC.; TRANSUNION; EXPERIAN; EQUIFAX; and DOES 1 through 20;<br>　　　　　Defendants. | CASE NO. 1:15-cv-01106-JAM-SAB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　Plaintiffs Virgie B. Schneider and Richard L. Schneider, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 1:15-CV-01106-JAM-SAB

Page 1 of 3

Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: September 16, 2015.  /s/   Richard L. Schneider *(Original signature retained by attorney Andrew S. Meyers)*
Richard L. Schneider, Esq.
20844 Shrub Oak Drive
Patterson, CA  95363
Telephone:  (209) 604-8811
E-Mail:  richlschc@aim.com

*Counsel for Virgie B. Schneider and Richard L. Schneider*

Date: September 16, 2015.  /s/      Andrew S. Meyers
Andrew M. Lehmann, Esq.  (IN #31151-06 )
   *(admitted Pro Hac Vice)*
Andrew S. Meyers, Esq. (IN #31427-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
            ameyers@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 1:15-CV-01106-JAM-SAB**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Virgie B. Schneider and Richard L. Schneider against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Virgie B. Schneider and Richard L. Schneider and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 9/16/2015                                             /s/ John A. Mendez_____
                                                            JUDGE, United States District Court
                                                            Eastern District of California