THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIE B. SCHNEIDER; RICHARD L. SCHNEIDER,<br><br>        Plaintiffs,<br><br>vs.<br><br>VILLAS AT VILLAGIO; IQ DATA INTERNATIONAL INC.; TRANSUNION; EXPERIAN; EQUIFAX and DOES 1 TO 20<br><br>        Defendants. | Case No.: 1:15-cv-01106-JAM-SAB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INC.; ORDER** |

**TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs VIRGIE B. SCHNEIDER and RICHARD L. SCHNEIDER, and Defendant EQUIFAX INC., that Defendant EQUIFAX INC. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, §41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

- 1 –
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF
DEFENDANT EQUIFAX INC.; [PROPOSED] ORDER

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

IT IS SO STIPULATED:

Dated: September 16, 2015

      /s/ Richard L. Schneider
RICHARD L. SCHNEIDER
Attorney for Plaintiffs
VIRGIE B. SCHNEIDER and
RICHARD L. SCHNEIDER

Dated: September 16, 2015    NOKES & QUINN

      /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INC.

I, Thomas P. Quinn, Jr., am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Richard L. Schneider has concurred with this filing.

**ORDER**

Pursuant to the stipulation of the Parties, Defendant EQUIFAX INC. is hereby dismissed with prejudice.

IT IS SO ORDERED:

Dated: 9/16/2015    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge