Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
Brianne M. Jackson (State Bar No. 287669)
bjackson@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:     +1.949.851.3939
Facsimile:      +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VIRGIE B. SCHNEIDER and RICHARD L. SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAS AT VILLAGIO; IQ DATA INTERNATIONAL, INC., TRANSUNION; EXPERIAN; EQUIFAX; and DOES 1 through 20,<br><br>Defendants. | Case No. 1:15-cv-01106-JAM-SAB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Action Filed:      June 16, 2015<br>Action Removed:  July 17, 2015 |

Plaintiffs Virgie B. Schneider and Richard L. Schneider ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a), and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiffs and Experian to be determined by the Court.  The Plaintiffs hereby stipulates that all claims or causes of action against Experian which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the

same.

     IT IS SO STIPULATED.

Dated:  September 18, 2015          JONES DAY

By:*/s/ Brianne M. Jackson*
    Brianne M. Jackson

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  September 18, 2015

By:*/s/ Richard L. Schneider*
    Richard L. Schneider

Attorneys for Plaintiffs
VIRGIE B. SCHNEIDER AND RICHARD L. SCHNEIDER

## **ORDER**

Plaintiffs Virgie B. Schneider and Richard L. Schneider ("Plaintiffs") have announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc. ("Experian") have been resolved.  A Stipulation for Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation for Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs against Experian are in all respects dismissed with prejudice to the refilling of the same, with court costs and attorneys' fees to be paid by the party incurring the same.

DATED this 18th day of September, 2015

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge